No. 67. RAMÍREZ *v.* MONTALVO. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Enero 30, 1905. Desestimada la apelación por no haberse cumplido por el apelante con los artículos 299 del Código de Enjuiciamiento Civil y 51 y 54 del Reglamento. Abogados de la parte promovente y apelada: *Sres. Acuña y Méndez.* Abogado de la parte opositora: *Sr. Ramírez.*

No. 8. SUCESIÓN LANGE *v.* AVILÉS. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Enero 30, 1905. Desestimada la apelación por no haber cumplido el apelante con los artículos 299 del Código de Enjuiciamiento Civil y 50, 51 y 54 del Reglamento. Abogado del promovente: *Sr. Vázquez.*

No. 7. CORRADA *v.* GARCÍA. Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Enero 30, 1905. Desestimada la apelación por no haber cumplido el apelante con los artículos 299 del Código de Enjuiciamiento Civil y 50, 51 y 54 del Reglamento. Abogados del promovente: *Sres. Acuña y Méndez.*

No. 2. DOMENECH *v.* ROLA. Apelación procedente de la Corte de Distrito de Aguadilla. Resuelto en Febrero 13, 1905. Moción para que se desestime la apelación por no haber cumplido el apelante con el artículo 51 del Reglamento. Desestimada la moción por los fundamentos de la opinión emitida en el caso de Finlay v. Finlay Bros. & Waymouth Trading Co., 7 Dec. de P. R., 559. Abogado del promovente: *Sr. Franco Soto.* Abogado de la parte contraria: *Sr. Vázquez.*

No. 12. CHAPMAN *v.* FERNÁNDEZ. Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Febrero 13, 1905. Desestimada la apelación por no haber cumplido el apelante con los artículos 299 del Código de Enjuiciamiento Civil y 50, 51 y 54 del Reglamento. Abogado del promovente: *Sr. Smith.* Abogado de la parte contraria: *Sr. Ramírez.*